IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

DAVID GRIPPI,

        Plaintiff,

vs.                                Civil Action No._____

LAURA MICHELLE KEITH,

        Defendant.

_____/

**PROPOSED ORDER TO SHOW CAUSE**
**& TEMPORARY RESTRAINING ORDER**

TO: LAURA MICHELLE KEITH of 401 WEST 53RD STREET, APT# 2C, NEW YORK, NY 10019, and her attorney of record, should there be such:

Based on the showing made by Plaintiff, DAVID GRIPPI, in her application for a Temporary Restraining Order, together with all supporting papers, including the verified complaint, it appears to the Court that the Defendant has committed, and continues to commit, the acts specified in this Order, and that unless restrained by Order of this Court, the Plaintiff will suffer immediate and irreparable injury, loss, and damage before notice can be given and/or Defendant's attorney(s) can be heard in opposition to the granting of a temporary restraining order.

Therefore, this Court finds that DAVID GRIPPI's application is well taken, and,

IT IS ORDERED that you must appear before this U.S. District Court for the District of New Jersey, located at _____, in the Courtroom of United States District/Magistrate Judge_____, on _____, 2022, at _____a.m./p.m., and then and there show cause why a preliminary injunction should not issue, pending the decision of this Court in this action, restraining you from:

1. Using DAVID GRIPPI's name, likeness and/or image, telephone number, email address, or physical address, in social media postings, group chats, or in utilizing any facility in interstate commerce including, but not limited to, Facebook postings and/or commentary associated with any social media account accessible to you, and/or any group labeled BRINGPUPPYCASHHOME; and,

2. Making explicit, or implicit, derogatory, defamatory, libelous, slanderous, and knowingly false statements, comments or remarks, in referring to DAVID GRIPPI, in connection with an alleged theft, displacement, or "rehoming" of the dog referred to as Cash.

Dated:_____

_____
U.S. DISTRICT/MAGISTRATE JUDGE