## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE June 6, 2022 |
| NAME OF SERVER (PRINT) C. E. Thomas | TITLE Civilian |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 6, 2022
Date

Signature of Server: C. E. Thomas

Address of Server: 417 Myrtle Ave, Brooklyn, NY 11205

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | JUNE 6, 2022 |
| NAME OF SERVER (PRINT) C. EUGENE THOMAS | TITLE | CIVILIAN |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 401 WEST 53RD STREET APT 2C, NEW YORK, NEW YORK 10019

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | 0 | SERVICES | 0 | TOTAL | 0 |
|---|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 6, 2022          C. E. Thomas
             Date                  Signature of Server
                                   417 Myrtle Ave
                                   Bklyn, NY 11205
                                   Address of Server